```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

      AUG 07 2001     MR
           AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

The Honorable Barbara J. Rothstein
Noted for: August 10, 2001

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT HICKEY, KENNETH HANKIN, JENNIFER HUDZIEC, STEPHANIE LANE, CARROLL JACKSON, DENISE COOPER, NICOLE PEARSON and EMILY MALONEY, on behalf of themselves and all others similarly situated,

   Plaintiffs,

v

THE CITY OF SEATTLE, a municipality; PAUL SCHELL, Mayor of the City of Seattle; NORMAN STAMPER, Former Chief of Police of the City of Seattle,

   Defendants.

No C00-1672R (BJR)

WTO Proceeding

PRAECIPE

TO THE CLERK OF THE ABOVE-ENTITLED COURT.

The attached copy of Defendants' Opposition to Motion for Entry of Revised Scheduling Order filed with the court on August 6, 2001 was erroneously filed under the case encaptioned <u>George P Hickey v. City of Seattle</u>, Cause No. C00-0481L (BJR), rather

//
//
//

ORIGINAL

CV 00-01672  #00000038

) PRAECIPE DOC

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

38

1  than the above-captioned case. Please accept the attached copy of defendants' opposition
2  for filing with the court.
3      DATED this 7th day of August, 2001

                                                   STAFFORD FREY COOPER

                                     By  _/s/ Ted Buck_____
                                          Ted Buck, WSBA # 22029
                                          Attorneys for Defendants

PRAECIPE - 2

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

\\SFC3\DATA\CLIENTS\3000\000\3019\21525\PLEADINGS\OPP TO REVISED SCH ORD-PRAECIPE DOC

## Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled PRAECIPE on the following individuals:

| | |
|---|---|
| Steve W. Berman<br>Benjamin Schwartzman<br>Michael McNamara<br>Hagens Berman LLP<br>2900 Rainier Tower<br>1301 Fifth Avenue<br>Seattle, WA 98101<br><br>*Lead Counsel For Plaintiffs* | Arthur Bryant<br>Victoria Ni<br>Trial Lawyers for Public Justice<br>Ordway Building<br>Suite 275<br>One Kaiser Plaza<br>Oakland, CA 94612-3684<br><br>*Counsel For Plaintiffs* |
| Michael E. Withey<br>Stritmatter Kessler Whelan Withey & Coluccio<br>200 Second Avenue West<br>Seattle, WA 98119-4204<br><br>*Counsel For Plaintiffs* | John R. Muenster<br>Muenster & Koenig<br>4100 Wells Fargo Center<br>999 Third Avenue<br>Seattle, WA 98104<br><br>*Counsel for Plaintiffs* |
| Yvonne Kinoshita Ward<br>200 Second Avenue West<br>Seattle, WA 98119<br><br>*Counsel for Plaintiffs* | Fred Diamondstone<br>2317 – 24th Avenue East<br>Seattle, WA 98112<br><br>*Counsel for Plaintiffs* |

Erwin Chemerisnky
Professor of Law
University of Southern California Law School
University Park
Los Angeles, CA 90089-0071

*Counsel for Plaintiffs*

[ ] Via Facsimile
[X] Via Mail to Lead Counsel Steve Berman
[X] Via Messenger to all other counsel

DATED this 7th day of August, 2001, at Seattle, Washington.

Brina Carranza

PRAECIPE - 3

STAFFORD FREY COOPER
— Professional Corporation —
ATTORNEYS
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

The Honorable Robert S. Lasnik
Noted for August 10, 2001

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE P. HICKEY,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | No. C00-0481L (BJR)<br><br>WTO Proceeding<br><br>DEFENDANTS' OPPOSITION TO MOTION FOR ENTRY OF REVISED SCHEDULING ORDER |

DEFENDANTS, by and through counsel of record Ted Buck and Stafford Frey Cooper, respectfully submit the following in opposition to the plaintiffs' motion for entry of revised case schedule order. This response is premised upon the accompanying argument, the Declaration of Dori M. Sutton, the Declaration of Lisa M. Marchese, and the Buck Declaration Regarding Motion for Entry of Revised Case Schedule Order.

## I. FACTS

The case schedule and trial date in this matter were suspended by the court in February, 2001 at the plaintiffs' request. The suspension of the case schedule occurred after the plaintiffs requested additional time to undertake preliminary discovery prior to coordinating the depositions of key city personnel with attorneys for other WTO plaintiffs. Buck Declaration, ¶ 2. When the court suspended the trial date and case schedule, the court also instructed the parties to work out new case schedules for the involved cases,

DEFENDANTS' OPPOSITION TO MOTION
FOR ENTRY OF REVISED SCHEDULING
ORDER - 1

\\SFC3\DATA\CLIENTS\3000\000\3019\21525\PLEADINGS\OPP- REVISED SCHEDULING ORD DOC

STAFFORD FREY COOPER
—Professional Corporation—
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

including the instant case, that would allow these plaintiffs to adequately prepare for the depositions at issue and accommodate the other discovery needs. Also involved in that conference were the attorneys for the plaintiffs in the ACLU-sponsored WTO case <u>Menotti, et al. v. The City of Seattle</u>. <u>Id</u>.

After that conference and the suspension of the case schedules, as directed by the court the defendants' attorney communicated with the plaintiffs' attorney in the <u>Menotti</u> case to establish an agreeable trial schedule pursuant to the court's direction. Specifically, Ted Buck, the defendants' attorney and James Lobsenz, the lead attorney for the <u>Menotti</u> plaintiffs, agreed on a new case schedule which was presented to the court and provides for a trial date of January 17, 2002. Buck Declaration, ¶ 3. These plaintiffs have made no effort to coordinate a new case schedule as the court directed since that conference. <u>Id.</u>

The original case schedule in this action provided a trial date of December 10, 2001, and a deadline for a class certification motion of January 4, 2001. <u>Id.</u>, ¶ 4. At the plaintiffs' request, the defendants agreed to allow these plaintiffs an additional four months to present their motion for class certification to allow them more time for preliminary discovery before having to file the motion. By stipulation, the deadline for class certification was moved to April 5, 2001. The plaintiffs, contemporaneous to the filing of this motion, just filed a motion for class certification to be heard on the same day as this motion, August 10, 2001. The date for the hearing of the class certification motion, therefore, is eight months after the date set by the court's original scheduling order.

Notwithstanding that obvious delay, the plaintiffs now seek to have the court reinstate the original case scheduling order, calling for a trial date of December 10, 2001.

Prior to preparing this response, the defendants' attorney Ted Buck called the plaintiffs' attorney, Michael McNamara and asked him to strike this motion given the court's suspension of the case schedule and the plaintiffs' delay in seeking class certification.

DEFENDANTS' OPPOSITION TO MOTION
FOR ENTRY OF REVISED SCHEDULING
ORDER - 2

\\SFC3\DATA\CLIENTS\3000\000\3019\21525\PLEADINGS\OPP- REVISED SCHEDULING ORD.DOC

STAFFORD FREY COOPER
─── Professional Corporation ───
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

Buck Declaration, ¶ 12  Mr McNamara informed Mr. Buck that he would check into it and get back to him. As of the time of the filing of this response, there had been no response. Id  Since this matter's schedule was suspended, the defendants' lead attorney's as developed a direct conflict with the original trial date. Id., ¶ 13.

Two motions are soon to be pending before the court which could dramatically affect the scope and course of this trial. Specifically, together with other WTO-related cases, the court is to decide on August 10, 2001 the legality of certain acts by the City of Seattle in issuing emergency proclamations during WTO week. The legal issues to be decided in that motion will be dispositive as to a number of the class-related claims in this lawsuit. Further, the plaintiffs have now moved for class certification, also to be heard on August 10, 2001. The outcome of those motions will clearly alter the scope of discovery and issues for trial in this case in a significant way.

## II. ARGUMENT

The plaintiffs' effort to reinstate the original case scheduling order after they ask that it be suspended, and after more than eight months have passed since the original deadline for filing a class certification motion, manifestly prejudices the defendants. The plaintiffs now are placing before the court issues which will dramatically affect the scope of this lawsuit, and which may not be decided for some time. After delaying their motion for class certification for eight months, the plaintiffs now ask the court to reinstate the original case scheduling order allowing the defendants virtually no time to perform any discovery in response to the pending motion. For obvious reasons, the defendants have not engaged in substantial discovery pending the plaintiffs' motion for class certification. The plaintiffs' request is inequitable and should be denied by the court.

Further, the plaintiffs have completely ignored the court's direction regarding the parties working together on a new, cooperatively established case schedule. As evidenced

DEFENDANTS' OPPOSITION TO MOTION
FOR ENTRY OF REVISED SCHEDULING
ORDER - 3

\\SFC3\DATA\CLIENTS\3000\000\3019\21525\PLEADINGS\OPP- REVISED SCHEDULING ORD DOC

STAFFORD FREY COOPER
———— Professional Corporation ————
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900

by the defendants' attorneys' action in the <u>Menotti</u> action, the defendants' attorneys have been ready and willing to cooperate on the establishment of a new case schedule which will accommodate all parties' needs since the date the original case schedule in this case was suspended. The court should deny the plaintiffs' motion for this additional reason, that the plaintiffs have made no effort whatsoever to cooperatively address the issue of the case schedule with the defendants as the court previously ordered.

Finally, as further set forth in the accompanying Buck Declaration, since this trial date and case schedule were suspended by the court at the plaintiffs' request, the defendants' lead attorney has scheduled another trial in that time slot and consequently has a conflict on December 10th.

For all the above reasons, the defendants respectfully request the court deny the plaintiffs' motion and direct the plaintiffs to cooperate with the defendants in establishing a reasonable and agreeable case schedule for the remainder of this case which conforms with the history of the proceeding to date.

RESPECTFULLY SUBMITTED this 6th day of August, 2001.

STAFFORD FREY COOPER

By _____
Ted Buck, WSBA # 22029
Attorneys for Defendants

DEFENDANTS' OPPOSITION TO MOTION
FOR ENTRY OF REVISED SCHEDULING
ORDER - 4

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
2500 Rainier Tower
1301 Fifth Avenue
Seattle, Washington 98101-2621
Telephone (206) 623-9900

\\SFC3\DATA\CLIENTS\3000\000\3019\21525\PLEADINGS\OPP- REVISED SCHEDULING ORD DOC

## Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled DEFENDANTS' OPPOSITION TO MOTION FOR ENTRY OF REVISED SCHEDULING ORDER on the following individuals:

| | |
|---|---|
| Steve W. Berman<br>Benjamin Schwartzman<br>Michael McNamara<br>Hagens Berman LLP<br>2900 Rainier Tower<br>1301 Fifth Avenue<br>Seattle, WA 98101<br><br>*Lead Counsel For Plaintiffs* | Arthur Bryant<br>Victoria Ni<br>Trial Lawyers for Public Justice<br>Ordway Building<br>Suite 275<br>One Kaiser Plaza<br>Oakland, CA 94612-3684<br><br>*Counsel For Plaintiffs* |
| Michael E. Withey<br>Stritmatter Kessler Whelan Withey & Coluccio<br>200 Second Avenue West<br>Seattle, WA 98119-4204<br><br>*Counsel For Plaintiffs* | John R. Muenster<br>Muenster & Koenig<br>4100 Wells Fargo Center<br>999 Third Avenue<br>Seattle, WA 98104<br><br>*Counsel for Plaintiffs* |
| Yvonne Kinoshita Ward<br>200 Second Avenue West<br>Seattle, WA 98119<br><br>*Counsel for Plaintiffs* | Fred Diamondstone<br>2317 – 24th Avenue East<br>Seattle, WA 98112<br><br>*Counsel for Plaintiffs* |
| Erwin Chemerisnky<br>Professor of Law<br>University of Southern California Law School<br>University Park<br>Los Angeles, CA 90089-0071<br><br>*Counsel for Plaintiffs* | |

[ ] Via Facsimile
[X] Via Mail
[X] Via Messenger

DATED this 6th day of August, 2001, at Seattle, Washington.

_____
Brina Carranza

DEFENDANTS' OPPOSITION TO MOTION
FOR ENTRY OF REVISED SCHEDULING
ORDER - 5

\\SFC3\DATA\CLIENTS\3000\000\3019\21525\PLEADINGS\OPP- REVISED SCHEDULING ORD DOC

STAFFORD FREY COOPER
―――― *Professional Corporation* ――――
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TELEPHONE (206) 623-9900