# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

KENNETH HANKIN, et al., )
)
        Plaintiff, )
)
vs. )
) **C00-1672 MJP**
THE CITY OF SEATTLE, et al., )
)
        Defendant. ) **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Court hereby schedules a conference for Friday, February 16, 2007, at 9:00am, in the chambers of the Honorable James P. Donohue. Pursuant to the Order issued February 6, 2007, (dkt #459) by the Honorable Marsha J. Pechman, United States District Judge, principal counsel will attend the conference to discuss the process of mediation/settlement in this matter, as well as the time and place, and participants in the mediation/settlement process.

Dated this 9th day of February , 2007

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**