1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**UNITED STATES DISTRICT COURT**
**for the WESTERN DISTRICT of WASHINGTON**

| | |
|---|---|
| KENNETH HANKIN, et al.,           )<br>            )<br>           Plaintiff,    )<br>           )<br>     vs.             )<br>           )<br>CITY OF SEATTLE,         )<br>           )<br>           Defendant.   ) | **C00-1672 MJP**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Pursuant to the request of counsel, the Settlement Conference in the above entitled matter is hereby rescheduled to Wednesday, March 14, 2007.  The conference will commence at 9:00am in the 12th floor chambers of the Honorable James P. Donohue, United States Magistrate Judge.

Dated this 20th day of February , 2007

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**