Honorable Marsha Pechman

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH HANKIN, *et. al.*,<br><br>                                 Plaintiffs,<br><br>     v.<br><br>THE CITY OF SEATTLE, a municipality;<br><br>                                 Defendant. | No. C00-1672 P<br><br>DECLARATION OF TYLER S. WEAVER IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER DIRECTING EXPUNGEMENT OF RECORDS AND COMMUNICATION WITH OTHER LAW-ENFORCEMENT AGENCIES<br><br>NOTED FOR: May 11, 2007 |

I, Tyler S. Weaver, declare:

1.    I am an attorney at the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiffs in the above action. I make this declaration in support of Plaintiffs' Motion for Order Directing Expungement of Records and Communication With Other Law-Enforcement Agencies. I am familiar with the facts set forth herein and will testify to them if necessary.

2.    Attached as Exhibit A is a true and correct copy of the Settlement Agreement, dated April 24, 2007.

I make this statement under the penalty of perjury under the laws of the United States.

DECLARATION OF TYLER S. WEAVER IN SUPPORT OF MOTION FOR EXPUNGEMENT – Case No. C00-1672 P

- 1 -

001428-11 175267 V1

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900 • Seattle, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1

2   Executed this 1st day of June, 2007 at Seattle, Washington.

3

4

5                                          /s/ Tyler S. Weaver
                                       Tyler S. Weaver, WSBA #29413
6                                      HAGENS BERMAN SOBOL SHAPIRO LLP
                                       1301 Fifth Avenue, Suite 2900
7                                      Seattle, WA  98101
                                       (206) 623-7292

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF TYLER S. WEAVER IN
SUPPORT OF MOTION FOR EXPUNGEMENT
– Case No. C00-1672 P                  - 2 -

001428-11 175267 V1



HAGENS BERMAN
SOBOL SHAPIRO LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594