The Honorable Marsha Pechman



00-CV-01672-RCPT

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH HANKIN, JENNIFER HUDZIEC, STEPHANIE LANE, and DENISE COOPER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

THE CITY OF SEATTLE, a municipality,

    Defendant.

No. C00-1672P

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND DISMISSING THE CLAIMS OF THE PLAINTIFFS AND CLASS MEMBERS

THIS MATTER came before the Court on October 26, 2007, pursuant to proper notice for determination, to determine whether the Court should approve the proposed settlement set forth in the Settlement Agreement dated April 24, 2007 (the "Settlement Agreement"). The Court has considered Plaintiffs' Motion for Final Approval and the exhibits attached thereto, and all the papers filed and proceedings herein. The Court has determined that the Settlement should be approved as fair, reasonable, and adequate and hereby orders this final order, which constitutes a final adjudication of this matter on the merits as to Plaintiffs Kenneth Hankin, Jennifer Hudziec, Stephanie Lane and Denise Cooper, and the Class they represent. The Court hereby ORDERS that:

[PROPOSED] ORDER GRANTING FINAL
APPROVAL OF CLASS SETTLEMENT

- 1 -

Hagens Berman Sobol Shapiro LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

1. The Court has subject matter jurisdiction over the parties.

2. All defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement. In particular, the term "Class" shall have the meaning ascribed to it in paragraph 1.f. of the Settlement Agreement, and this order shall not be construed as having any affect on the rights, claims, or appeals of anyone who is not a member of the Class.

3. The Court hereby approves the settlement and finds that the settlement is fair, reasonable, and adequate in all respects.

4. Plaintiffs' counsel shall deduct the amount awarded for attorneys' fees and incentive awards, and then pay settlement awards to all Class Members who return a valid and timely Claim Form, in accordance with paragraphs 6 and 10 of the Settlement Agreement.

5. This Court hereby dismisses the claims of Kenneth Hankin, Jennifer Hudziec, Stephanie Lane and Denise Cooper, and the Class with prejudice. This order does not affect the rights, claims, or appeals of any other Plaintiffs named in the complaint, or any individuals who are not members of the Class.

6. The Notice distributed by first-class mail to the Class and the Published Notice, taken together, and along with the electronic notices sent by Plaintiffs' counsel to Class members, constitute the best notice practicable under the circumstances, including individual notice to all members of the Class who could be identified through reasonable efforts. The Notice distributed by first-class mail and the Published Notice, on their own, provided due and adequate notice of these proceedings and of the matters set forth therein, including the settlement, to all persons entitled to such notice, and those notices fully satisfied the requirements of Fed. R. Civ. P. 23 and the requirements of due process.

7. The Court reserves jurisdiction, without affecting the finality of this judgment, over (a) implementation and administration of the settlement; (b) any dispute between the parties concerning the interpretation, application, or enforcement of the Settlement Agreement; and (c) any post-final-judgment matters as may be appropriate under court rules.

[PROPOSED] ORDER GRANTING FINAL
APPROVAL OF CLASS SETTLEMENT

- 2 -

Hagens Berman Sobol Shapiro LLP
1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

**IT IS SO ORDERED.**

Dated: *Oct 26*, 2007.

_____
THE HONORABLE MARSHA J. PECHMAN
United States District Court Judge

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  /s/ Tyler S. Weaver
     Steve W. Berman, WSBA No. 12536
     Tyler S. Weaver, WSBA No. 29413
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

Lead Counsel for Plaintiffs and the Class